THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **VEREIT, Inc.,**<br><br>          **Plaintiff,**<br><br>   **v.**<br><br>**Nicholas S. Schorsch, Peter M. Budko, William M. Kahane, and Edward M. Weil,**<br><br>          **Defendants.** | Civil Action No. 17-cv-6546<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' MOTION TO DISMISS OR STAY UNDER
FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1)**

     PLEASE TAKE NOTICE that, upon the Declaration of Robin L. Cohen dated October 24, 2017, and the accompanying memorandum of law and exhibits, and upon all pleadings and papers previously filed herein, Defendants Nicholas S. Schorsch, Peter M. Budko, William M. Kahane, and Edward M. Weil (collectively, "Defendants"), by and through their undersigned counsel, will move this Court to dismiss Plaintiff's Complaint [Dkt. No. 5] ("Complaint") pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction.  In the alternative, this case should be dismissed or stayed pursuant to the *Wilton-Brillhart* abstention doctrine.

Dated:  October 24, 2017                                                    Respectfully submitted,

                                                                            */s/ Robin L. Cohen*
                                                                            Robin L. Cohen
                                                                            New York Bar No.:  2254019
                                                                            rcohen@mckoolsmith.com
                                                                            Natasha Romagnoli
                                                                            New York Bar No. 3040334
                                                                            nromagnoli@mckoolsmith.com
                                                                            Elizabeth Sherwin
                                                                            New York Bar No. 1998228
                                                                            esherwin@mckoolsmith.com
                                                                            **MCKOOL SMITH, P.C.**
                                                                            One Bryant Park, 47th Floor
                                                                            New York, New York  10036
                                                                            Telephone:  (212) 402-9400
                                                                            Facsimile:  (212) 402-9444

                                                                            **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on October 24, 2017.

                                                                            */s/ Robin L. Cohen*
                                                                            Robin L. Cohen