# MILBANK, TWEED, HADLEY & M$^C$CLOY LLP

**28 LIBERTY STREET**

**NEW YORK, N.Y. 10005-1413**

**LOS ANGELES**
424-386-4000
FAX 213-629-5063

**WASHINGTON, D.C.**
202-835-7500
FAX 202-835-7586

**LONDON**
44-20-7615-3000
FAX 44-20-7615-3100

**FRANKFURT**
49-69-71914-3400
FAX 49-69-71914-3500

**MUNICH**
49-89-25559-3600
FAX 49-89-25559-3700

**BEIJING**
8610-5969-2700
FAX 8610-5969-2707

**HONG KONG**
852-2971-4888
FAX 852-2840-0792

**SEOUL**
822-6137-2600
FAX 822-6137-2626

**SINGAPORE**
65-6428-2400
FAX 65-6428-2500

**TOKYO**
813-5410-2801
FAX 813-5410-2891

**SÃO PAULO**
55-11-3927-7700
FAX 55-11-3927-7777

212-530-5000

FAX 212-530-5219

Jonathan Ohring
DIRECT DIAL NUMBER
212-530-5147
E-MAIL JOhring@milbank.com

*RECEIVED NOV 21 2017 — CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/17

November 20, 2017

*[Handwritten]: The motion to seal is denied, with leave to refile. Contract provisions for confidentiality, and orders of another court are not sufficient to overcome the requirements of open and public proceedings and filings.*

*11-21-17*

*[Signature]*

**VIA HAND DELIVERY**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *VEREIT, Inc. v Schorsch, et. al.* (17-cv-06546-AKH)

Dear Judge Hellerstein:

        We represent Plaintiff VEREIT, Inc. ("VEREIT") in the above-captioned action. In accordance with Your Honor's Individual Rules of Practice, enclosed please find copies of the following submissions filed by VEREIT via ECF in this action on November 17, 2017: (i) the Notice of Motion and Motion for Leave to File Under Seal Certain Exhibits to the Declaration of Jonathan Ohring in Support of Plaintiff VEREIT, Inc.'s Memorandum of Law in Opposition to Defendants' Motion to Dismiss or Stay ("Motion to Seal") (Dkt. No. 21); (ii) Plaintiff VEREIT, Inc.'s Memorandum of Law in Opposition to Defendants' Motion to Dismiss or Stay (Dkt. No. 22); (iii) the Declaration of Lauren Goldberg in Support of Plaintiff VEREIT, Inc.'s Memorandum of Law in Opposition to Defendants' Motion to Dismiss or Stay (Dkt. No. 23); and (iv) the Declaration of Jonathan Ohring in Support of Plaintiff VEREIT, Inc.'s Memorandum of Law in Opposition to Defendants' Motion to Dismiss or Stay (the "Ohring Declaration") (Dkt. No. 24), and the exhibits thereto (Dkt. Nos. 24-1 to 24-18), including unredacted versions of exhibits that were filed under seal.

The Honorable Alvin K. Hellerstein
November 20, 2017
Page 2

       As discussed in the Motion to Seal, Exhibits D, F through H, and K through P to the Ohring Declaration contain confidential information.  Accordingly, in accordance with Rule 4 of this Court's Individual Rules, Defendants have filed redacted copies of those exhibits on ECF, have served upon the other parties in this action unredacted copies of the same, and are submitting the enclosed unredacted copies of the same to the Court.

Respectfully submitted,

Jonathan Ohring

Cc:  All counsel (*via email*)

Judge wrote:

"The motion to seal is denied, with leave to refile. Contract provisions for confidentiality, and orders of another court are not sufficient to overcome the requirements of open and public proceedings and filings.

11-21-17
Alvin K. Hellerstein"