ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy    Date: 12/7/17
by Order of Judge Alvin K. Hellerstein

Re: Vereit, Inc. v. Nicholas Schorsch, et al. - 17 Civ. 6546 (AKH)

You are hereby notified that you are required to appear for an oral argument.

        Date: January 24, 2018
        Time: 11:00 a.m.
        Place: U.S. Courthouse - Southern District of New York
              500 Pearl Street
              Courtroom 14D
              New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*
12-7-17

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-7-17