UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

VEREIT, Inc.,

                     Plaintiff,

    -against-

NICHOLAS S. SCHORSCH, PETER M. BUDKO,
WILLIAM M. KAHANE, AND EDWARD M.
WEIL,

                     Defendants.

------------------------------------------------------------- X

**ORDER REGULATING DISCOVERY**

17 Civ. 6546 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

         On May 11, 2018, the Court held an on-the-record status conference to regulate jurisdictional discovery in this case. Upon further consideration, the Court modifies the order given orally in Court. The following will be the order:

1. Interrogatories shall be served by May 25, 2018. Responses are due June 8, 2018.
2. Defendants shall be permitted to conduct two depositions of persons who know all the affairs of the company and manage all respects of those affairs.
3. All jurisdictional discovery, including depositions, shall be complete by July 13, 2018.
4. The Court will hold a status conference on July 20, 2018 at 10:00 a.m. to chart further progress in the case and set a motion schedule, if necessary.

SO ORDERED.

Dated:    May 11, 2018
                New York, New York

                                                  ALVIN K. HELLERSTEIN
                                                  United States District Judge