UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VEREIT, Inc., <br><br> Plaintiff, <br> v. <br><br> Nicholas S. Schorsch, Peter M. Budko, William M. Kahane, and Edward M. Weil, <br><br> Defendants. | Civil Action No.: 1:17-cv-06546-AKH |

**PLAINTIFF VEREIT, INC.'S MOTION FOR RECONSIDERATION**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Declaration of Alan J. Stone, dated May 15, 2018, and the exhibits attached thereto, and upon all pleadings and papers previously filed in the above-captioned action, Plaintiff VEREIT, Inc., formerly known as American Realty Capital Properties, Inc. ("VEREIT"), by and through its undersigned counsel, hereby moves this Court, pursuant to Local Civil Rule 6.3 and Federal Rule of Civil Procedure 60(b), for reconsideration and modification of the Court's May 11, 2018 order regulating jurisdictional discovery (Dkt. No. 40)—which altered an oral ruling issued earlier the same day denying Defendants' request to conduct depositions and granted Defendants two depositions of VEREIT representatives, in addition to interrogatories—to limit discovery to interrogatories and one three-hour deposition of Ms. Lauren Goldberg.

Dated: May 15, 2018
New York, New York

        MILBANK, TWEED, HADLEY
        & McCLOY LLP

        By: /s/ Alan J. Stone
        Scott A. Edelman
        Alan J. Stone
        Jonathan Ohring
        28 Liberty Street
        New York, New York 10005
        Telephone: (212) 530-5000
        Facsimile: (212) 506-5219

        *Attorneys for Plaintiff VEREIT, Inc.*