UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VEREIT, Inc.,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Nicholas S. Schorsch, Peter M. Budko, William M. Kahane, and Edward M. Weil,<br><br>　　　　　　　　Defendants. | Civil Action No.: 1:17-cv-06546-AKH |

**DECLARATION OF ALAN J. STONE IN SUPPORT OF VEREIT INC.'S
MOTION FOR RECONSIDERATION**

I, ALAN J. STONE, hereby declare as follows:

1.　　I am a partner at the law firm Milbank, Tweed, Hadley & McCloy LLP, counsel to Plaintiff VEREIT, Inc., formerly known as American Realty Capital Properties, Inc., in the above-captioned action. I am a member in good standing of the bar of the State of New York and of this Court.

2.　　Attached to this declaration as **Exhibit A** is a true and correct copy of the transcript of the status conference held before this Court on May 11, 2018 in the above-captioned matter.

3.　　Attached to this declaration as **Exhibit B** is a true and correct copy of a deposition notice, dated May 11, 2018, served by Defendants in the above-captioned matter.

[*Remainder of page intentionally left blank.*]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2018.

_____
Alan J. Stone