THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **VEREIT, Inc.,** <br><br>　　　　　**Plaintiff,** <br><br>　　v. <br><br> **Nicholas S. Schorsch, Peter M. Budko, William M. Kahane, and Edward M. Weil,** <br><br>　　　　　**Defendants.** | Civil Action No. 17-cv-6546 <br><br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' MOTION TO COMPEL RESPONSES
TO DEFENDANTS' INTERROGATORIES  UNDER FRCP 37(a)**

　　　　PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and exhibits, and upon all pleadings and papers previously filed, Defendants Nicholas S. Schorsch, Peter M. Budko, William M. Kahane, and Edward M. Weil (collectively, "Defendants"), by and through their undersigned counsel, will move this Court pursuant to Federal Rule of Civil Procedure 37(a), to compel Plaintiff VEREIT, Inc. to respond to Defendants' Interrogatories served pursuant to this Court's May 11, 2018 Order.

Dated:  June 26, 2018                                              Respectfully submitted,

                                                       */s/ Robin L. Cohen*
                                                       Robin L. Cohen
                                                       New York Bar No.:  2254019
                                                       rcohen@mckoolsmith.com
                                                       Natasha Romagnoli
                                                       New York Bar No. 3040334
                                                       nromagnoli@mckoolsmith.com
                                                       Elizabeth Sherwin
                                                       New York Bar No. 1998228
                                                       esherwin@mckoolsmith.com
                                                       **MCKOOL SMITH, P.C.**
                                                       One Bryant Park, 47th Floor
                                                       New York, New York  10036
                                                       Telephone:  (212) 402-9400
                                                       Facsimile:  (212) 402-9444

                                                       **ATTORNEYS FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on June 26, 2018.

                                                       */s/ Robin L. Cohen*
                                                       Robin L. Cohen