UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
      :
VEREIT, Inc.,      :
      : **ORDER REGULATING**
      Plaintiff,   : **DISCOVERY MOTIONS**
  -against-    :
      : 17 Civ. 6546 (AKH)
NICHOLAS S. SCHORSCH, PETER M. BUDKO, :
WILLIAM M. KAHANE, AND EDWARD M.   :
WEIL,     :
      :
      Defendants.  :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    On June 26, 2018, defendants filed a motion to compel responses to interrogatories under Federal Rule 37(a). In light of the accelerated discovery timeline in the case, plaintiff shall respond to the motion no later than July 5, 2018.

    SO ORDERED.

Dated:    June 28, 2018
        New York, New York

                              ALVIN K. HELLERSTEIN
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE      6/28/2018