UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VEREIT, Inc., <br><br>     Plaintiff, <br><br> v. <br><br>Nicholas S. Schorsch, Peter M. Budko, William M. Kahane, and Edward M. Weil, <br><br>     Defendants. | Civil Action No.: 1:17-cv-06546-AKH |

**DECLARATION OF LAUREN GOLDBERG IN SUPPORT OF
PLAINTIFF VEREIT, INC.'S MOTION FOR CLARIFICATION OF THE COURT'S
JULY 12, 2018 ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANTS' MOTION TO COMPEL**

I, LAUREN GOLDBERG, declare as follows:

1. I am Executive Vice President, General Counsel, and Secretary of VEREIT, Inc. ("VEREIT" or the "Company"), formerly known as American Realty Capital Properties, Inc. I joined VEREIT in May 2015. I submit this declaration in support of VEREIT's motion for clarification of the Court's July 12, 2018 order granting in part and denying in part Defendants' motion to compel.

2. I coordinated VEREIT's collection of information in responding to Defendants' Interrogatories dated May 25, 2018, which included upwards of 50 hours of work involving approximately 10 VEREIT employees, including other VEREIT officers. During that process, I determined that providing information responsive to Interrogatory No. 16 was not practically achievable because VEREIT does not maintain in a centralized location all of its contracts, or

records pertaining to the negotiation and execution of such contracts, which may have numbered in the tens of thousands during the time period requested in Interrogatory No. 16.

3. VEREIT owned approximately $20 billion of assets comprising 4,648 properties at the end of 2014, and $15 billion of assets comprising approximately 4,100 properties at the end of 2017. VEREIT's primary business of buying, selling, and leasing commercial real estate requires VEREIT to enter into thousands of contracts each year. Examples of the types of real estate-related contracts VEREIT executes in the ordinary course include, but are not limited to: leases, purchase agreements, disposition contracts, property management contracts, related non-disclosure agreements, appraisal contracts, property mortgages, lease assignments, sublease agreements, cable license agreements, easement access agreements, and contracts related to condemnation matters.

4. VEREIT also enters into countless non-real estate related contracts, including Information Technology contracts, employment agreements, contracts related to employee benefits, confidentiality agreements signed by virtually all of its hundreds of employees, marketing contracts, payroll service agreements, and insurance policies, as well as miscellaneous contracts for sponsoring events, subscription services, securing a food vendor for the Company's cafeteria in Phoenix, and cleaning services, among many other categories.

5. I estimate that VEREIT may have executed tens of thousands of contracts between January 1, 2014 and August 28, 2017. The number of VEREIT's purchase and sale contracts alone would be significant, considering that in 2014, VEREIT acquired 1,210 properties (excluding VEREIT's acquisition of Cole Real Estate Investments, Inc.) and sold 89 properties, and, in the period from January 1, 2015 to September 30, 2017, VEREIT acquired 152 properties and sold 778 properties. However, it is not practically possible to determine the exact number or identity

of all of VEREIT's contracts because they are not stored in a central company repository. Even a good faith effort to identify all of VEREIT's contracts would likely take months, would likely fail to identify many contracts, and would consume hundreds, if not thousands, of employee hours and substantial company resources.

6. Many, possibly most, of the Company's contracts contain confidentiality provisions requiring notice to the other party and providing the other party with the opportunity to seek to limit disclosure of confidential information, a process which, if taken across thousands of contracts, could easily take several months.

7. VEREIT publicly discloses in accordance with SEC rules any contracts material to its business not made in the ordinary course of its business, contracts relating to the acquisition or disposition of a significant amount of assets, and agreements with executive officers.

[Remainder of page intentionally left blank.]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of July 2018 in Phoenix, Arizona.

_____
Lauren Goldberg