UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
VEREIT, Inc., :
: **SCHEDULING ORDER**
                    Plaintiff, :
   -against- : 17 Civ. 6546 (AKH)
:
NICHOLAS S. SCHORSCH, PETER M. BUDKO, :
WILLIAM M. KAHANE, AND EDWARD M. :
WEIL, :
:
                    Defendants. :
:
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On July 18, 2018, Plaintiff moved under Rule 60(a) for clarification of the Court's July 12, 2018 Order Granting in Part and Denying in Part Defendants' Motion to Compel. The parties shall appear for a status conference on July 23, 2018 at 11:00 a.m. to resolve the issue.

    SO ORDERED.

Dated:    July 19, 2018
             New York, New York
                                            ALVIN K. HELLERSTEIN
                                            United States District Judge