# MILBANK, TWEED, HADLEY & McCLOY LLP

**28 LIBERTY STREET**

**NEW YORK, NY 10005-1413**

212-530-5000

FAX: 212-530-5219

Alan J. Stone
Partner
DIRECT DIAL NUMBER
212-530-5285
FAX: 212-822-5285
E-MAIL: astone@milbank.com

LOS ANGELES
213-892-4000
FAX: 213-629-5063

WASHINGTON, D.C.
202-835-7500
FAX: 202-835-7586

LONDON
44-20-7615-3000
FAX: 44-20-7615-3100

FRANKFURT
49-69-71914-3400
FAX: 49-69-71914-3500

MUNICH
49-89-25559-3600
FAX: 49-89-25559-3700

BEIJING
8610-5969-2700
FAX: 8610-5969-2707

HONG KONG
852-2971-4888
FAX: 852-2840-0792

SEOUL
822-6137-2600
FAX: 822-6137-2626

SINGAPORE
65-6428-2400
FAX: 65-6428-2500

TOKYO
813-5410-2801
FAX: 813-5410-2891

SÃO PAULO
55-11-3927-7700
FAX: 55-11-3927-7777

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/20/18

July 20, 2018

**VIA ECF AND FAX (212-805-7942)**

The Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Court House
500 Pearl Street
New York, NY 10007-1312

Re: *VEREIT, Inc. v. Schorsch, et al.* (1:17-cv-06546-AKH)

*[Handwritten annotation: The status conf. will be held on July 24, 2018 @ 12:00 p.m. So ordered. 7/20/2018 — signed Alvin K. Hellerstein]*

Dear Judge Hellerstein:

We represent Plaintiff VEREIT, Inc. ("VEREIT") in the captioned action. We write to request: (i) an adjournment of the status conference currently scheduled for July 23, 2018 at 11:00 a.m., which the Court scheduled to resolve VEREIT's motion for clarification dated July 18, 2018 ("Motion for Clarification") (Dkt No. 57); and (ii) an extension of the discovery deadlines set in the Court's July 12, 2018 order deciding Defendants' motion to compel ("Order on the Mot. to Compel") (Dkt. No. 56).

An adjournment is necessary due to a scheduling conflict of the undersigned counsel for VEREIT. Specifically, I will be visiting a prisoner I am representing in a pro bono case in Louisiana. This is our first request for an adjournment of this status conference. We have conferred with counsel for Defendants, who have informed us that they have no objection to an adjournment. The parties can be available for a rescheduled status conference on July 24, if that day is convenient for the Court. Due to other scheduling conflicts, the parties are not available on any day next week other than July 24, but are available the following week on July 31, the morning of August 1, and the afternoon of August 3.

The Honorable Alvin K. Hellerstein
July 20, 2018
Page 2

    Due to the issues raised in the Motion for Clarification, the parties agree that an extension of the discovery deadlines set in the Order on the Motion to Compel—July 25 for supplemental responses to interrogatories and August 3 for all jurisdictional discovery, including depositions—is necessary. The parties suggest determining a revised discovery schedule at the next status conference. In any event, in an effort to ensure compliance with the Order on the Motion to Compel, VEREIT will provide supplemental responses to the interrogatories identified therein by the original deadline, July 25, except for Interrogatory No. 16, which is the subject of VEREIT's Motion for Clarification and at issue in the upcoming status conference.

    We thank the Court for its consideration of this request.

Respectfully submitted,

*Alan Stone*/JK

Alan J. Stone

cc:     All counsel (*via ECF*)